No. 151, Misc.   REED v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Morris Lavine* for petitioner.

No. 162, Misc.   COOPER ET AL. v. RUST ENGINEERING Co. C. A. 6th Cir.   Certiorari denied.   *James G. Wheeler* for petitioners.   *J. D. Inman* and *E. Palmer James* for respondent.   *Solicitor General Perlman* and *William S. Tyson* filed a memorandum for the United States, as *amicus curiae,* supporting the petition.

No. 188, Misc.   GOLDSTEIN v. JOHNSON, SECRETARY OF DEFENSE.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 201, Misc.   PENSKI v. ROBINSON, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 204, Misc.   KNOWLES v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.   *Rosalind G. Bates* for petitioner.

No. 209, Misc.   BALLES v. BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 212, Misc.   HANSON v. WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 214, Misc.   JENKOT v. GREEN ET AL.   C. A. 7th Cir.   Certiorari denied.